# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

NATHANIEL J. PELFREY, *pro se*,           )
                                          )
    Plaintiff,                        )
                                          )
v.                                        )  Civil Action No. 14-00061-CB-N
                                          )
OTIS ELEVATOR COMPANY,                    )
                                          )
    Defendant.                        )

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 22, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 16th day of June, 2014.

                         *s/Charles R. Butler*
                         **Senior United States District Judge**